## ECKLES v. STATE.
### No. 26597.

Court of Criminal Appeals of Texas.

Nov. 11, 1953.

On Motion to Reinstate Appeal

Feb. 3, 1954.

Grady West, Lubbock, for appellant.

Wesley Dice, State's Atty., Austin, for the State.

MORRISON, Judge.

The offense is aggravated assault; the punishment, one month in jail and a fine of $50.

The State has filed a motion to dismiss the appeal on the grounds that the record fails to reflect that appellant entered into a recognizance or filed an appeal bond.

The motion is granted, and the appeal is dismissed.